IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL EDUCATION | : | CIVIL ACTION |
| FINANCIAL SERVICES, INC., et al., | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. BANK, NATIONAL | : | NO. 12-6651 |
| ASSOCIATION. | : | |

## ORDER

**AND NOW**, this 6th day of March, 2014, upon consideration of Defendant's Motion to Dismiss, in part, Plaintiff's Second Amended Complaint (Doc. No. 28), it is hereby **ORDERED** that the motion is **GRANTED.** Plaintiff's claims for a breach of the implied covenant of good faith and fair dealing and for indirect damages are **DISMISSED** with prejudice.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge